## Elmer. DILLINGHAM v. STATE.
### No. 15467.

Court of Criminal Appeals of Texas.

Oct. 12, 1932.

John Payne and R. T. Correll, both of Perryton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Johnnie DURHAM v. STATE.
### No. 15553.

Court of Criminal Appeals of Texas.

Oct. 19, 1932.

T. O. Murray, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment appears regular, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.

## Clarence EDWARDS v. STATE.
### No. 15606.

Court of Criminal Appeals of Texas.

Oct. 19, 1932.

Rehearing Denied Nov. 23, 1932.

John T. Buckley, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, assisting in forgery; the punishment, five years in the penitentiary.

No statement of facts is brought forward. We find in the record several bills of exception, which we are unable to appraise in the absence of a statement of facts. No defect either in the. indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Henry FISHER v. STATE.
### No. 15688.

Court of Criminal Appeals of Texas.

Nov. 9, 1932.

Krueger & Sullivan, of Bellville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for murder; punishment, five years in the penitentiary.

We find with the record an affidavit duly executed by the appellant asking that his appeal be dismissed. The request is granted.

The appeal is dismissed.

HAWKINS, J., not sitting.